NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGENTS OF THE UNIVERSITY OF MINNESOTA,**
*Plaintiff-Appellant,*

**v.**

**DAVID J. KAPPOS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT OFFICE,**
*Defendant-Appellee,*

**and**

**AGA MEDICAL CORPORATION,**
*Defendant-Appellee.*

---

2010-1321

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 09-CV-0951.

---

**JUDGMENT**

---

KEVIN D. CONNEELY, Leonard, Street & Deinard Professional Association, of Minneapolis, Minnesota,

argued for plaintiff-appellant. With him on the brief were DAVID D. AXTELL, RUTH RIVARD and ERIK M. DRANGE. Of counsel were ALEXANDER B. ENGLEHART and THOMAS J. FISHER, Oblon, Spivak, McClelland, Maier, of Alexandria, Virginia.

SYDNEY O. JOHNSON, JR., Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for defendant-appellee. With him on the brief were RAYMOND T. CHEN, Solicitor and MARY L. KELLY, Associate Solicitor.

TARA C. NORGARD, Carlson Caspers, Vandenburgh & Lindquist, P.A., of Minneapolis, Minnesota, argued for defendant-appellee. With her on the brief was RABEA JAMAL ZAYED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MAYER, and GAJARSA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 11, 2010          /s/ Jan Horbaly
       Date                        Jan Horbaly
                                      Clerk